<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7720**

_____

STEPHAN D. BROOKS,

Plaintiff - Appellant,

versus

R. G. BRUENING; JACK KNIGHT; CITY COUNTY GOV-
ERNMENT OF MECKLENBURG COUNTY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-00-10-3-MU2)

_____

Submitted:  April 27, 2001            Decided:  May 3, 2001

_____

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephan D. Brooks, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephan D. Brooks appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brooks v. Buening, No. CA-00-10-3-MU2 (W.D.N.C. Oct. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED